## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CALEB F. METTILLE,** | |
| **Plaintiff,** | |
| **vs.** | **Case No. 5:20-CV-04072-TC-ADM** |
| **BNSF RAILWAY COMPANY**, | |
| **Defendant.** | |

## MOTION FOR SUMMARY JUDGMENT

Defendant BNSF Railway Company, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves for summary judgment against plaintiff Caleb F. Mettille on all of the claims asserted in his pleadings and otherwise.  As explained in the Memorandum in Support contemporaneously filed with this motion, and which is incorporated herein by reference, plaintiff cannot present a genuine issue of disputed fact that would allow any of his claims to go forward as a matter of law.  This Motion is supported by the pleadings and the attached Exhibits A through K.

WHEREFORE, Defendant BNSF Railway Company respectfully requests the Court grant summary judgment on all of plaintiff's claims as set forth herein, and for such other and further relief as the Court deems proper.

Respectfully submitted,

*/s/ David C. Vogel*
David C. Vogel (KS #18129)
Heather M. Miller (KS #78751)
Constangy, Brooks, Smith & Prophete, LLP
2600 Grand Blvd., Suite 750
Kansas City, MO 64108
Telephone: 816-472-6400
Facsimile: 816-329-5954
dvogel@constangy.com
hmiller@constangy.com

Attorneys for Defendant BNSF Railway Company

7615478v.1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July, 2021, I electronically transmitted the foregoing

document with the Clerk of Court using the ECF System which will send notification of such filing

to the following:

Bruce A. Brumley
Chloe E. Davis
Brumley Law Office
2348 SW Topeka Blvd., Suite 201
Topeka, KS 66611
(785) 267-3367
bruce@brucebrumleylaw.com
chloe@brucebrumleylaw.com

ATTORNEY FOR PLAINTIFF

*/s/ David C. Vogel*
Attorney for Defendant

7615478v.1